## EXHIBIT A

**SHAWN SORSBY**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| Sony Music Entertainment Inc. | Nas | The Message | It Was Written | 220-016 |
| Arista Records, Inc. | Outkast | SpottieOttieDopaliscious | Aquemini | 264-092 |
| Sony Music Entertainment Inc. | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Sony Music Entertainment Inc. | Michael Jackson | The Girl Is Mine (With Paul McCartney) | Thriller | 41-965 |
| Sony Music Entertainment Inc. | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records, Inc. | Usher | Bedtime | My Way | 257-730 |