Thursday, 26 August, 2004 08:04
Clerk, U.S. District Court

# Kazaa - [Search]

File View Player Tools Actions Help

New search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@kaZaA | Nas - Tick Tock.mp3 | Nas | 2,473KB | Audio |
| furiousstyles02@kaZaA | mc juice - Wake Up Show Freestyle 5.mp3 | A.Z. | 1,175KB | Audio |
| furiousstyles02@kaZaA | DEAD_PREZ___WAKE_UP_SHOW_FR.MP3 | Dead Prez | 5,375KB | Audio |
| furiousstyles02@kaZaA | 08 Nas Feat. Bravehearts_Lil' Jon - Quick To Back Down... | nas | 6,154KB | Audio |
| furiousstyles02@kaZaA | Mos Def - Know That.mp3 | Mos Def | 3,229KB | Audio |
| furiousstyles02@kaZaA | Desktop.ini | Unknown | 0KB | |
| furiousstyles02@kaZaA | Thumbs.db | Unknown | 37KB | |
| furiousstyles02@kaZaA | Pete Rock feat. Prodigy and Ghostface Killa - Tha Game.m... | Pete Rock | 5,832KB | Audio |
| furiousstyles02@kaZaA | Stevie Wonder - Superstitious.mp3 | Stevie Wonder | 4,100KB | Audio |
| furiousstyles02@kaZaA | Temptations - Papa Was A Rolling Stone.mp3 | Temptations | 2,384KB | Audio |
| furiousstyles02@kaZaA | 03-Angelous Are U Feeling Me.mp3 | Angelous | 3,029KB | Audio |
| furiousstyles02@kaZaA | Angelous - A.N.G.E.L.mp3 | Angelous | 1,309KB | Audio |
| furiousstyles02@kaZaA | Angelous - Blueprint 2 BITE.mp3 | Angelous | 1,310KB | Audio |
| furiousstyles02@kaZaA | Dru Hill - Beauty.mp3 | Dru Hill | 3,920KB | Audio |
| furiousstyles02@kaZaA | Dwele - mahogany.mp3 | Dwele | 4,561KB | Audio |
| furiousstyles02@kaZaA | Dwele - Melodies.mp3 | Dwele | 5,290KB | Audio |
| furiousstyles02@kaZaA | Dwele - No Doubt.mp3 | Dwele | 1,253KB | Audio |
| furiousstyles02@kaZaA | R. Kelly - Down Low Double Life.mp3 | R. Kelly | 4,692KB | Audio |
| furiousstyles02@kaZaA | Usher - Bedtime.mp3 | Usher | 6,622KB | Audio |
| furiousstyles02@kaZaA | Pete Rock (feat. Loose Ends) - Take Your Time.mp3 | Pete Rock ft. Loose Ends | 4,239KB | Audio |
| furiousstyles02@kaZaA | artist | artist | 4,386KB | Audio |
| furiousstyles02@kaZaA | (21) Sean Paul - Its On.wma | Sean Paul | 2,154KB | Audio |
| furiousstyles02@kaZaA | 04 - Rep Your City - E40.mp3 | E-40 | 3,795KB | Audio |
| furiousstyles02@kaZaA | 04 Love Music.mp3 | Earth Wind And Fire | 4,620KB | Audio |
| furiousstyles02@kaZaA | 07 Summertime (1).mp3.wma | Mike Phillips, Jeff Lorber | 2,600KB | Audio |
| furiousstyles02@kaZaA | 07-freeway_ft_twista-show_go_on.mp3 | Kanye West | 3,356KB | Audio |
| furiousstyles02@kaZaA | 18 - RIDe 4 YoU.mp3 | Mr. JiNKS | 2,560KB | Audio |
| furiousstyles02@kaZaA | 19- Niggaz Done Started Someth.mp3 | 3 | 9,645KB | Audio |
| 50 Cent - Material Girl.mp3 | 50 Cent | 2,877KB | Audio |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@kazaA | 50 Cent - Material Girl.mp3 | 50 Cent | 2,877KB | Audio |
| furiousstyles02@kazaA | Ahmad - Back In The Days.mp3 | Ahmad | 3,298KB | Audio |
| furiousstyles02@kazaA | Killa Tay,Lynch,Marvaless-So Serious.mp3 | Killa Tay,Lynch,Marvaless | 3,155KB | Audio |
| furiousstyles02@kazaA | 07-Im Really Hot.mp3 | Missy Elliot | 6,813KB | Audio |
| furiousstyles02@kazaA | az - sugar hill (remix).mp3 | 3 | 5,051KB | Audio |
| furiousstyles02@kazaA | az_doe or_die_5_rather_unique.mp3 | 3 | 5,656KB | Audio |
| furiousstyles02@kazaA | az_doe or_die_8_mo_money_mo_murder_mo_homicide.m... | 3 | 7,654KB | Audio |
| furiousstyles02@kazaA | Big Daddy Kane - Smooth Operator (1).mp3 | Big Daddy Kane | 3,993KB | Audio |
| furiousstyles02@kazaA | big l jay-z - 7 minute freestyle.mp3 | 3 | 8,016KB | Audio |
| furiousstyles02@kazaA | big l - Criminal Slang.mp3 | 3 | 3,009KB | Audio |
| furiousstyles02@kazaA | big l - n.y. freestyle.mp3 | 3 | 3,020KB | Audio |
| furiousstyles02@kazaA | biggie smalls - juicy.mp3 | 3 | 4,729KB | Audio |
| furiousstyles02@kazaA | Drive.Me.Wild (extended).mp3 | Vanity | 6,715KB | Audio |
| furiousstyles02@kazaA | AL GREEN - CALL ME.MP3 | Al Green | 2,866KB | Audio |
| furiousstyles02@kazaA | black rob feat. the lox - Chain Gang.mp3 | 3 | 3,789KB | Audio |
| furiousstyles02@kazaA | blackalicious - alphabet aerobics.mp3 | 3 | 2,542KB | Audio |
| furiousstyles02@kazaA | Blackstar- freestyle.mp3 | Mos Def _ Talib Kweli | 3,060KB | Audio |
| furiousstyles02@kazaA | mr. bigg - Take It To The Trial#1.mp3 | Mr. Biggs | 4,504KB | Audio |
| furiousstyles02@kazaA | Coro - Can't Let You Go.Mp3 | Coro | 4,000KB | Audio |
| furiousstyles02@kazaA | 02 - Track 02.mp3 | Pete Rock_9th wonder | 9,609KB | Audio |
| furiousstyles02@kazaA | Biggie Smalls- The Wickedest Freestyle.mp3 | A | 2,196KB | Audio |
| furiousstyles02@kazaA | Ja Rule Interview on Hot 97 (DMX Diss).wma | JA RULE | 1,230KB | Audio |
| furiousstyles02@kazaA | Common _Jill Scott - 8 Minutes To Sunrise.mp3 | Common _Jill Scott | 4,224KB | Audio |
| furiousstyles02@kazaA | Common - One Nine Nine Nine.mp3 | Common | 4,008KB | Audio |
| furiousstyles02@kazaA | Common Sense - Resurrection.mp3 | COMMON SENSE | 3,350KB | Audio |
| furiousstyles02@kazaA | Common,mos def,roots - hurrica.mp3 | Common, Mos Def _The ... | 4,032KB | Audio |
| furiousstyles02@kazaA | Body And Soul.mp3 | Anita Baker | 5,350KB | Audio |
| furiousstyles02@kazaA | El DeBarge - Who Is Johnny.mp3 | El DeBarge | 3,907KB | Audio |
| furiousstyles02@kazaA | Lone Catalysts - J. Rawls feat. J-Live - Great Live Caper.m... | J-Live | 4,639KB | Audio |

Found 944 files

2,395,172 users online, sharing 422,737,689 files (3,826,560 GB)    Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@kaZaA | Goodie Mob - Beautiful Skin.mp3 | Goodie Mob | 4,344KB | Audio |
| furiousstyles02@kaZaA | Norton Protected Recycle Bin.lnk | Unknown | 0KB | |
| furiousstyles02@kaZaA | Biggie and Shaq - Cant stop the rain.mp3 | Notorious BIG | 4,422KB | Audio |
| furiousstyles02@kaZaA | FULL FORCE -TENDER LOVER.mp3 | Full force | 3,666KB | Audio |
| furiousstyles02@kaZaA | planet asia - pure coke.mp3 | Planet Asia | 4,045KB | Audio |
| furiousstyles02@kaZaA | planet asia - Dj premier.mp3 | planet asia | 5,514KB | Audio |
| furiousstyles02@kaZaA | Outkast - Speedballin'.mp3 | Outkast ft. Cee Lo | 4,552KB | Audio |
| furiousstyles02@kaZaA | get_em_high.mp3 | 3 | 6,784KB | Audio |
| furiousstyles02@kaZaA | too short - gettin' it.mp3 | Too Short | 5,318KB | Audio |
| furiousstyles02@kaZaA | Game - Joe Budden Diss.mp3 | Game | 4,313KB | Audio |
| furiousstyles02@kaZaA | De La Sol - Ego Trippin' [P.mp3 | De La Soul | 3,100KB | Audio |
| furiousstyles02@kaZaA | 12-wow.mp3 | Kanye West | 3,400KB | Audio |
| furiousstyles02@kaZaA | 12-Wow (2).mp3 | Kanye West | 3,400KB | Audio |
| furiousstyles02@kaZaA | binary star - 01 reality check.mp3 | 1 | 3,772KB | Audio |
| furiousstyles02@kaZaA | 04 Unbelievable.mp3 | 112 | 5,061KB | Audio |
| furiousstyles02@kaZaA | 112-give it to me-hot_wet.mp3 | 112 | 3,423KB | Audio |
| furiousstyles02@kaZaA | De La Soul (feat Mos Def) - Big Beat Brother.mp3 | Mos Def | 3,484KB | Audio |
| furiousstyles02@kaZaA | These Are the Times.mp3 | Dru Hill | 1,697KB | Audio |
| furiousstyles02@kaZaA | Bob Marley - I Can See Clearly.mp3 | Bob Marley - | 3,070KB | Audio |
| furiousstyles02@kaZaA | D12 - My Band (ft Eminem).mp3 | D12 | 6,144KB | Audio |
| furiousstyles02@kaZaA | Chino XL - Riot feat Ras Kass.mp3 | Chino XL | 4,441KB | Audio |
| furiousstyles02@kaZaA | Crooked 1 - freestyle grindin.mp3 | 3 | 3,959KB | Audio |
| furiousstyles02@kaZaA | Crooked 1 - Freestyle Over Jay-z.mp3 | Crooked 1 | 3,815KB | Audio |
| furiousstyles02@kaZaA | deluge+icudoinit.mp3 | 3 | 3,422KB | Audio |
| furiousstyles02@kaZaA | dmx - stop drop.mp3 | DMX | 2,513KB | Audio |
| furiousstyles02@kaZaA | do or die - paperchase.mp3 | 3 | 3,672KB | Audio |
| furiousstyles02@kaZaA | do or die - playa like me and you.mp3 | 3 | 3,075KB | Audio |
| furiousstyles02@kaZaA | eminem - green and gold.mp3 | 3 | 5,694KB | Audio |
| furiousstyles02@kaZaA | eric b. and rakim - as the rhyme goes on.mp3 | | 5,656KB | Audio |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files











