# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Thursday 26 August, 2004 08:16:17

Clerk, U.S. District Court

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@kazaA | the_diplomats-103-who_I_am_(feat_Juelz_santana)-rns.m... | The Diplomats | 6,081KB | Audio |
| furiousstyles02@kazaA | Sunz Of Man, Killa Sin_Shyheim - Soul In The Hole (1).mp3 | Sunz of Man, Shyheim | 2,160KB | Audio |
| furiousstyles02@kazaA | Wu-Tang Clan - Cappadona - The Pillage (04) - Blood on bl... | Cappadonna | 3,690KB | Audio |
| furiousstyles02@kazaA | Cappadona - Slang Editorial.mp3 | Cappadonna | 4,465KB | Audio |
| furiousstyles02@kazaA | 03-foxy_brown_ft_pitch_black-unknown-whoa.mp3 | Foxy Brown Ft. Pitch Black | 4,318KB | Audio |
| furiousstyles02@kazaA | 02-One Step.mp3 | Killah Priest | 4,077KB | Audio |
| furiousstyles02@kazaA | Al Green - For The Good Times(1).mp3 | AL GREEN | 12,224KB | Audio |
| furiousstyles02@kazaA | Al Green - Light My Fire.MP3 | Al Green | 4,255KB | Audio |
| furiousstyles02@kazaA | Al Green - Love and Happiness.mp3 | Al Green | 4,804KB | Audio |
| furiousstyles02@kazaA | al green - Take me higher.mp3 | Al Green | 2,560KB | Audio |
| furiousstyles02@kazaA | Al Green - Tired of Being Alone.mp3 | Al Green | 2,550KB | Audio |
| furiousstyles02@kazaA | Al Green precious lord.mp3 | Al Green | 3,072KB | Audio |
| furiousstyles02@kazaA | Ashford_Simpson-Ain't No Mountain High Enough.MP3 | Marvin Gaye | 2,332KB | Audio |
| furiousstyles02@kazaA | Average White Band - Pick Up The Pieces.mp3 | Average White Band | 3,747KB | Audio |
| furiousstyles02@kazaA | Baby Face and Stevie Wonder - How Come How Long.mp3 | Stevie Wonder | 4,240KB | Audio |
| furiousstyles02@kazaA | Bill Whithers - Grandma's Hands.mp3 | Bill Withers | 1,907KB | Audio |
| furiousstyles02@kazaA | Bill Withers     Soul Shadows.mp3 | Bill Withers | 3,383KB | Audio |
| furiousstyles02@kazaA | Bill Withers - Ain't No Sunshine.mp3 | Bill Withers | 1,957KB | Audio |
| furiousstyles02@kazaA | bill withers - I can see clearly now.mp3 | Bill Withers | 2,273KB | Audio |
| furiousstyles02@kazaA | Bill Withers - Just the Two of Us (1).mp3 | Bill Withers | 3,725KB | Audio |
| furiousstyles02@kazaA | Bill Withers - Lean On Me.mp3 | Bill Withers | 4,072KB | Audio |
| furiousstyles02@kazaA | Bill Withers - Use Me Up.mp3 | Bill Withers | 3,594KB | Audio |
| furiousstyles02@kazaA | bill withers - Who Is He (And What Is He To You).mp3 | Bill Withers | 2,998KB | Audio |
| furiousstyles02@kazaA | Billy Paul - Me And Mrs. Jones.mp3 | Various Artists | 4,463KB | Audio |
| furiousstyles02@kazaA | Bootsy Collins - Ahhh..., The Name is Bootsy Baby.mp3 | Bootsy Collins | 6,408KB | Audio |
| furiousstyles02@kazaA | Bootsy Collins - Bootzilla.mp3 | Bootsy Collins | 5,285KB | Audio |
| furiousstyles02@kazaA | Bootsy Collins - Hollywood Squares.mp3 | Bootsy Collins | 5,822KB | Audio |
| furiousstyles02@kazaA | Bootsy Collins - Keep That Funk Alive (NBA Mix).mp3 | Bootsy Collins | 940KB | Audio |
| furiousstyles02@kazaA | BOOTSY COLLINS - PLAY WITH BOOTSY.mp3 | BOOTSY COLLINS | 3,205KB | Audio |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | BOOTSY COLLINS - PLAY WITH BOOTSY.mp3 | BOOTSY COLLINS | 3,205KB | Audio |
| furiousstyles02@KaZaA | bootsy collins - vanish in our sleep.mp3 | Bootsy Collins | 5,398KB | Audio |
| furiousstyles02@KaZaA | Bootsy Collins - Very yes.mp3 | Bootsy Collins | 6,263KB | Audio |
| furiousstyles02@KaZaA | Bootsy Collins - You Got Me Wide Open.mp3 | Bootsy Collins | 4,486KB | Audio |
| furiousstyles02@KaZaA | 03 - Missy Elliott - Wake Up Feat Jayz.mp3 | Missy Elliott | 5,747KB | Audio |
| furiousstyles02@KaZaA | 07-jadakiss_feat._sheek-j-a-d-whoa.mp3 | Jadakiss Feat. Sheek | 5,173KB | Audio |
| furiousstyles02@KaZaA | El DeBarge-n-Switch - I Call Your Name.mp3 | El Debarge | 2,090KB | Audio |
| furiousstyles02@KaZaA | Impressions - Talking About My Baby.mp3 | Curtis Mayfield_The Imp... | 1,778KB | Audio |
| furiousstyles02@KaZaA | Prince and Sheila E - A Love Bizarre (extended version).mp3 | Prince_Sheila E | 8,046KB | Audio |
| furiousstyles02@KaZaA | The Impressions - Man Oh Man.mp3 | Curtis Mayfield | 2,944KB | Audio |
| furiousstyles02@KaZaA | Micheal Jackson - Thriller.mp3 | Michael Jackson | 2,795KB | Audio |
| furiousstyles02@KaZaA | 07 - Id Rather Be With You.mp3 | Bootsy Collins | 4,644KB | Audio |
| furiousstyles02@KaZaA | Al Wilson - Show And Tell.mp3 | Lou Rawls | 3,243KB | Audio |
| furiousstyles02@KaZaA | BT Express - Do It Till You're Satisfied.mp3 | B.T. Express | 5,541KB | Audio |
| furiousstyles02@KaZaA | Eddie Holman - Hey There Lonely Girl (1).mp3 | Eddie Holman | 3,403KB | Audio |
| 2 Users | Maze F.mp3 | Maze F. and Frankie Beve... | 3,627KB | Audio |
| furiousstyles02@KaZaA | Janet Jackson - All for you - 09 - would you mind.mp3 | Janet Jackson | 5,190KB | Audio |
| furiousstyles02@KaZaA | Janet Jackson - Anytime, Anyplace.mp3 | Janet Jackson | 5,854KB | Audio |
| furiousstyles02@KaZaA | Quincy Jones Feat.Barry White, Al.B. Sure, El Debarge_J... | Barry White, Al B Sure, El... | 6,240KB | Audio |
| furiousstyles02@KaZaA | Tyrese - 12 - on top of me - simplemp3s.mp3 | Tyrese | 7,134KB | Audio |
| furiousstyles02@KaZaA | Mobb Deep - Gangsta Roll.mp3 | Mobb Deep | 4,835KB | Audio |
| furiousstyles02@KaZaA | juvenile juve the great-in my life.mp3 | juvenile | 1,908KB | Audio |
| furiousstyles02@KaZaA | Out of Order feat Twista - Work Somn Twurk Somn.mp3 | Out of Order F.\ Twista | 5,502KB | Audio |
| furiousstyles02@KaZaA | (MUSIC) J Kwon - Tipsy (Drity).mp3 | J-Kwon | 3,012KB | Audio |
| furiousstyles02@KaZaA | Planet Asia - Fresno State of Mind.mp3 | Planet Asia | 3,370KB | Audio |
| furiousstyles02@KaZaA | 01-r_kelly_feat.mp3 | R. Kelly Feat. Cassidy | 3,839KB | Audio |
| furiousstyles02@KaZaA | LilFlip-GameOver-Explicit-LilFlip.mp3 | Lil Flip | 3,642KB | Audio |
| furiousstyles02@KaZaA | 15 - Youngbloodz - Fo-Sho - Drankin' Patnaz.mp3 | Youngbloodz | 3,711KB | Audio |
| furiousstyles02@kazaa | juvenile juve the great-in my life (1).mp3 | juvenile | 5,562KB | Audio |

Found 944 files    12,395,172 users online, sharing 422,737,689 files (3,826,560 GB)    Not sharing any files









| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| furiousstyles02@KaZaA | Master P, C-Murder, Fiend, Magic, Mr ServOn, Mia X, Big E... | Master P | 4,942KB | Audio | |
| furiousstyles02@KaZaA | Master P, Tru - No Limit Soldiers.MP3 | Master P | 4,285KB | Audio | |
| furiousstyles02@KaZaA | Memphis Bleek Beanie Siegel Jay-Z - Change Up.mp3 | Memphis Bleek Feat: Bean... | 2,962KB | Audio | |
| furiousstyles02@KaZaA | Mob Deep - Its Mine Fool.mp3 | Mobb Deep | 4,120KB | Audio | It's |
| furiousstyles02@KaZaA | Mobb Deep - Shook Ones Pt. II.mp3 | 3 | 5,097KB | Audio | |
| furiousstyles02@KaZaA | Mpp - Your As Cold A s Ice.mp3 | Mobb Deep feat. DMX | 6,089KB | Audio | |
| furiousstyles02@KaZaA | Notorious BIG feat. Bone Thugs n Harmony - Notorious Thu... | Notorious BIG | 5,737KB | Audio | Y... |
| furiousstyles02@KaZaA | T.I. 12 - Rubberband man.mp3 | TI | 8,146KB | Audio | |
| furiousstyles02@KaZaA | 01_You Will Know_Steevie Wonder_Characters.mp3 | Stevie Wonder | 5,865KB | Audio | |
| furiousstyles02@KaZaA | 01-slum_village_feat__kanye_west-selfish__radio_edit_-b... | Slum Village Feat. Kanye... | 3,807KB | Audio | |
| furiousstyles02@KaZaA | DJ Paul - Still Gettin My Dick Suck.mp3 | DJ Paul | 3,553KB | Audio | Still |
| 2 Users | Goodie Mob - The Experience.mp3 | Goodie Mob | 2,196KB | Audio | |
| furiousstyles02@KaZaA | goodie_mob-05-soul_food-whoa.mp3 | Goodie Mob | 5,484KB | Audio | |
| furiousstyles02@KaZaA | OutKast-Black Ice.MP3 | Outcast | 3,414KB | Audio | |
| furiousstyles02@KaZaA | Slum Village - Thelonius .mp3 | Common feat. Slum Village | 4,344KB | Audio | |
| furiousstyles02@KaZaA | Stevie Wonder - That's What Friends Are For.mp3 | Stevie Wonder | 3,999KB | Audio | That's Wh |
| furiousstyles02@KaZaA | 01- d12 world-My Band.mp3 | D-12 | 4,473KB | Audio | |
| furiousstyles02@KaZaA | 0115-twista-badonkadonk-whoa.mp3 | Twista | 3,884KB | Audio | |
| furiousstyles02@KaZaA | 02 - Chingy - Holiday Inn .mp3 | Chingy | 7,371KB | Audio | Holidae I... |
| furiousstyles02@KaZaA | 02-chingy-hes_herre-wcr.mp3 | Chingy | 4,276KB | Audio | |
| furiousstyles02@KaZaA | 02-jay-z-pump_it_up_(freestyle)-wcr.mp3 | Jay-z | 2,787KB | Audio | pu |
| furiousstyles02@KaZaA | 02-kanye_west-i_met_oprah_winfrey-fua.mp3 | Kanye West | 3,843KB | Audio | I |
| furiousstyles02@KaZaA | 03 - Mos Def and Massive Attack - I Against I - www.FullAl... | Mos Def | 5,353KB | Audio | |
| furiousstyles02@KaZaA | 03-t.i.-24s-rage.mp3 | TI | 5,384KB | Audio | |
| furiousstyles02@KaZaA | 04-50_cent-fat_bitch-fix-chr.mp3 | 50 Cent | 4,879KB | Audio | We F |
| furiousstyles02@KaZaA | 05-royce_the_59-we_ridin-cms.mp3 | Royce Da 5'9 | 3,232KB | Audio | |
| furiousstyles02@KaZaA | 07-bone_crusher_feat_dipset-never_scared_(official_remi... | Bone Crusher feat. Dipset | 5,508KB | Audio | Never Scared (Offici |
| furiousstyles02@KaZaA | 07-mos_def-kalifornia-gsm.mp3 | Mos Def | 7,196KB | Audio | |
| furiousstyles02@KaZaA | 07-ying_yang_twins-naggin-cms.mp3 | Ying Yang Twins | 6,208KB | Audio | |

Found 944 files — 2,395,172 users online, sharing 422,737,689 files (3,825,560 GB) — Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Search Field | Traffic | Shop | Tell A Friend

New search

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| furiousstyles02@KaZaA | 07-yng_yang_twins-naggin-cms.mp3 | Ying Yang Twins | 6,208KB | Audio |
| furiousstyles02@KaZaA | 07_dwele-subject-osc.mp3 | Dwele | 5,671KB | Audio |
| furiousstyles02@KaZaA | 08-skillz_in_tha_club_freestyle_(whos_sickest)-b4f.mp3 | Skillz | 6,712KB | Audio |
| furiousstyles02@KaZaA | 09) Black_Blue - Mos Def, Mekhi Phifer.MP3 | Mos Def | 1,816KB | Audio |
| furiousstyles02@KaZaA | 10-dj_gl_ft._jadakiss_sheek_styles_j_hood-2_gunz_up-0... | DJ GL Ft. Jadakiss Sheek ... | 6,140KB | Audio |
| furiousstyles02@KaZaA | 10-kanye_west-freestyle-gsm.mp3 | kanye west | 2,264KB | Audio |
| furiousstyles02@KaZaA | 113-nas-dance-rns.mp3 | Nas | 5,028KB | Audio |
| furiousstyles02@KaZaA | 11_dwele-kick_out_of_you-osc.mp3 | Dwele | 5,795KB | Audio |
| furiousstyles02@KaZaA | 12--Tyrese - On top of me - ( www.Mp3s.4-all.org ).mp3 | Tyrese | 4,758KB | Audio |
| furiousstyles02@KaZaA | 12-kanye_west-a_million_freestyle-wcr.mp3 | kanye west | 1,822KB | Audio |
| furiousstyles02@KaZaA | 12_GANGSTA_LEAN_WCR.MP3 | Clipse | 5,011KB | Audio |
| furiousstyles02@KaZaA | 12_RAS_K.MP3 | Ras Kass | 5,212KB | Audio |
| furiousstyles02@KaZaA | 13+lumi_dee_busta_rhymes_fabolous-uh_oh_(remix)-wcr... | lumi dee busta rhymes fa... | 4,771KB | Audio |
| furiousstyles02@KaZaA | 16-50_cent_and_g-unit-cradle_to_the_grave-0mni (1) (1)... | 50 Cent | 3,200KB | Audio |
| furiousstyles02@KaZaA | 17-consequence_kanye_west-the_good_the_bad_the_ugl... | consequence kanye west | 3,196KB | Audio |
| furiousstyles02@KaZaA | 18 The Christmas Song.wma | Stevie Wonder | 1,305KB | Audio |
| furiousstyles02@KaZaA | 18-kanye_west-through_the_wire-wcr.mp3 | Kanye West | 5,291KB | Audio |
| furiousstyles02@KaZaA | 18-rass_kass_and_canibus-freestyle_(2)-cms.mp3 | Ras Kass | 2,474KB | Audio |
| 2 Users | 20-eminem_feat._royce_59_(original_version)-renegades-... | Eminem feat. Royce 5'9 (... | 7,293KB | Audio |
| furiousstyles02@KaZaA | 20-kanye_west_feat._mos_def-2_words-wcr.mp3 | Kanye West | 4,085KB | Audio |
| furiousstyles02@KaZaA | 22-kanye_west-home-wcr.mp3 | kanye west | 4,018KB | Audio |
| furiousstyles02@KaZaA | 23-bravehearts_feat._nas-bravehearted-whoa.mp3 | Bravehearts Feat. Nas | 4,119KB | Audio |
| furiousstyles02@KaZaA | 26-kanye_west-my_way-wcr.mp3 | kanye west | 4,751KB | Audio |
| furiousstyles02@KaZaA | 2pac - The Rose That Grew From Concrete Vol. 1 - Mos Def... | Mos Def | 4,138KB | Audio |
| furiousstyles02@KaZaA | 50 cents - surrounded by hoes.mp3 | 50 Cents | 3,071KB | Audio |
| furiousstyles02@KaZaA | 504 Boyz - Wobble Wobble.mp3 | 504 Boyz | 5,209KB | Audio |
| furiousstyles02@KaZaA | Al Scratch f. Brian Mcknight - I'll Take Her.mp3 | Ill Al Scratch Feat.B.Mckni... | 4,570KB | Audio |
| furiousstyles02@KaZaA | All Vegas - Theme Of New York.mp3 | All Vegas | 1,727KB | Audio |
| furiousstyles02@KaZaA | Amil f.mp3 | Bleek, Mac, Amil, Jay-Z | 5,965KB | Audio |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | Amil f.mp3 | Bleek, Mac, Amil, Jay-Z | 5,965KB | Audio |
| furiousstyles02@KaZaA | Andre 3000 from Outkast (real file not bullshit) - Hey Ya..m... | Outkast | 4,899KB | Audio |
| furiousstyles02@KaZaA | Anything Goes.mp3.wma | Def Jamaica Feat. Wayne... | 1,932KB | Audio |
| furiousstyles02@KaZaA | artist - Track 02_010318 0247.mp3 | Trick Daddy Ft. Cee-Lo | 4,869KB | Audio |
| furiousstyles02@KaZaA | Avant - Read Your Mind.mp3 | avant | 3,718KB | Audio |
| furiousstyles02@KaZaA | az - AZ featuring Beanie Siegel.mp3 | AZ | 5,952KB | Audio |
| furiousstyles02@KaZaA | az - sosa.mp3 | AZ | 1,960KB | Audio |
| furiousstyles02@KaZaA | b at the speed of life.mp3 | Xzibit | 3,510KB | Audio |
| furiousstyles02@KaZaA | BABY A.K.A DA #1 STUNNA - 10-What Happened To That... | Baby Feat. Clipse | 4,606KB | Audio |
| furiousstyles02@KaZaA | Baby feat. The Clipse - What Happened To That Boy.mp3 | Baby | 4,608KB | Audio |
| furiousstyles02@KaZaA | Beanie Sigel - 1000 Bars (feat. Memph Bleek.mp3 | Beanie Sigel feat Memph... | 4,972KB | Audio |
| furiousstyles02@KaZaA | beanie sigel and freeway - got nowhere.mp3 | Beanie Sigel And Freeway | 5,639KB | Audio |
| furiousstyles02@KaZaA | big daddy kane - ain't no half steppin'.mp3 | Big Daddy Kane | 6,334KB | Audio |
| furiousstyles02@KaZaA | Big Daddy Kane - Set It Off.mp3 | Big Daddy Kane | 3,774KB | Audio |
| furiousstyles02@KaZaA | Big Daddy Kane - Warm It Up, Kane.mp3 | Big Daddy Kane | 2,452KB | Audio |
| furiousstyles02@KaZaA | big l - American Dream (feat Mase_McGruff).mp3 | 3 | 3,988KB | Audio |
| furiousstyles02@KaZaA | big l feat mcgruff - nigga please.mp3 | Big L feat McGruff | 5,219KB | Audio |
| furiousstyles02@KaZaA | big pun (feat lil mo) - how we roll (dirty).mp3 | Big Pun (feat Lil Mo) | 5,789KB | Audio |
| furiousstyles02@KaZaA | biggie over mop-1.mp3 | Notorious B.I.G. | 3,330KB | Audio |
| furiousstyles02@KaZaA | Biggie Smalls - Party And Bullshit.mp3 | Biggie Smalls | 3,535KB | Audio |
| furiousstyles02@KaZaA | BIGGIE SMALLS vs.Tupac_Freestyle.mp3 | Biggie | 4,620KB | Audio |
| furiousstyles02@KaZaA | bilal - reminisce (feat mos def_common).mp3 | BILAL W MOS DEF/COM... | 6,403KB | Audio |
| furiousstyles02@KaZaA | black rob - WHOA REMIX DIRTY.mp3 | black rob | 5,762KB | Audio |
| furiousstyles02@KaZaA | Black Sheep - The Choice Is Yours.mp3 | Black Sheep | 3,769KB | Audio |
| furiousstyles02@KaZaA | Black Ska feat. Common - Respiration.mp3 | Mos Def_Talib Kweli | 5,710KB | Audio |
| furiousstyles02@KaZaA | black star - little brother.mp3 | Black Star | 5,653KB | Audio |
| furiousstyles02@KaZaA | Blue Cantrell - Hit Em Up Style.mp3 | Blu Cantrell | 3,773KB | Audio |
| furiousstyles02@KaZaA | Bravehearts-Bravehearted-situations.mp3 | Bravehearts | 4,113KB | Audio |

