



| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | Eminem, Nas, Mos Def, Ghetalion - No Turntables.mp3 | Mos Def | 8,193KB | Audio |
| furiousstyles02@KaZaA | eric b. and rakim - eric b for president.mp3 | Eric B_Rakim | 5,930KB | Audio |
| furiousstyles02@KaZaA | eric b. and rakim - i ain't no joke.mp3 | Eric B_Rakim | 3,628KB | Audio |
| furiousstyles02@KaZaA | eric b. and rakim - I know you got soul.mp3 | Eric B. and Rakim | 4,511KB | Audio |
| furiousstyles02@KaZaA | eric b. and rakim - lyrics of fury.mp3 | Eric B_Rakim | 4,982KB | Audio |
| furiousstyles02@KaZaA | eric b. and rakim - mahogany.mp3 | Eric B_Rakim | 5,486KB | Audio |
| furiousstyles02@KaZaA | espn the life - last man standing.mp3 | ESPN the Life | 4,286KB | Audio |
| furiousstyles02@KaZaA | Eyedea vs PEACE - Scribble Jam 99 Final.mp3 | Eyedea vs PEACE | 3,155KB | Audio |
| furiousstyles02@KaZaA | Finding Forrester - Coffaro's Theme.mp3 | Miles Davis | 4,156KB | Audio |
| furiousstyles02@KaZaA | fire feat. busta rhymes-joe budden_joe budden.mp3 | joe budden | 4,469KB | Audio |
| furiousstyles02@KaZaA | freestyle-jojo pelligrino-bad boy beta.mp3 | joe buddens | 935KB | Audio |
| furiousstyles02@KaZaA | Freestyles_Cyphers-Eminem vs Juice - Scribble Jam.mp3 | 3 | 6,826KB | Audio |
| furiousstyles02@KaZaA | Ghetto Symphony Remix.mp3 | 50 cent | 2,110KB | Audio |
| furiousstyles02@KaZaA | ghostface killah_rza - who's the champion.mp3 | Ghostface Killah_RZA | 2,859KB | Audio |
| furiousstyles02@KaZaA | Good Times_Holiday Styles(The Lox).mp3 | The Lox | 3,498KB | Audio |
| furiousstyles02@KaZaA | Goodie Mob_Outkast_Cool Breeze- Watch for the Hook... | Goodie MoB_Outkast_... | 3,630KB | Audio |
| furiousstyles02@KaZaA | grand agent - its only right.mp3 | Grand Agent | 7,443KB | Audio |
| furiousstyles02@KaZaA | Greatest Diss Bonus - freestyle-Redman, Biggie, Mobb Dee... | 3 | 2,862KB | Audio |
| furiousstyles02@KaZaA | Green, Al White Christmas.mp3 | Al Green | 3,029KB | Audio |
| furiousstyles02@KaZaA | Grindin' freestyle-Fabolous, Paul Cain, Joe Budden.mp3 | Fabolous, Paul Cain, Joe ... | 1,396KB | Audio |
| furiousstyles02@KaZaA | Grover Washington Jr. with Bill Withers - Just The Two Of ... | Bill Withers | 2,820KB | Audio |
| furiousstyles02@KaZaA | gta3-game-jojo pelligrino.mp3 | JoJo Pelligrino | 933KB | Audio |
| furiousstyles02@KaZaA | Heltah Skeltah, Rass Kass, Canibus - Unreleased.mp3 | Canibus | 3,602KB | Audio |
| furiousstyles02@KaZaA | High Mighty w Wordsworth_Thirstin Howl II--Open Mic N... | Wordsworth | 1,944KB | Audio |
| furiousstyles02@KaZaA | high and mighty ft baby black - open mic night.mp3 | High And Mighty ft Baby B.. | 6,222KB | Audio |
| furiousstyles02@KaZaA | hip hop for respect - Talib Kweli, Kool G Rap, Rah Digga, Sp... | 3 | 4,728KB | Audio |
| furiousstyles02@KaZaA | hot boys f beanie siegel - hot boys philly boys.mp3 | Hot Boys f/ Beanie Siegel | 4,465KB | Audio |
| furiousstyles02@KaZaA | instrumental - I got a story to tell.mp3 | Instrumental | 4,307KB | Audio |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files







Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | POETRY-Black Star - Mos Def_Talib Kweli - Thieves In The... | Mos Def_Talib Kweli | 3,714KB | Audio |
| furiousstyles02@KaZaA | Prodigy (of Mobb Deep) - Gun Love.mp3 | Prodigy (of Mobb Deep) | 6,276KB | Audio |
| furiousstyles02@KaZaA | punch_words - mistress.mp3 | Punchline and Wordsworth | 4,041KB | Audio |
| furiousstyles02@KaZaA | punchline_wordsworth - dangerous minds.mp3 | Punchline and Wordsworth | 4,506KB | Audio |
| furiousstyles02@KaZaA | Punchline_Wordsworth - EP - 05 - I-95.mp3 | Punchline_Wordsworth | 5,978KB | Audio |
| furiousstyles02@KaZaA | Raekwon Feat. Nas, Ghostface Killah - Verbal Intercourse.... | Raekwon feat. Nas | 3,306KB | Audio |
| furiousstyles02@KaZaA | Rap - TuPac_Dr.Dre - Ghetto Fabulous (Remix).mp3 | Ras Kass | 5,232KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Home Sweet Home.mp3 | Ras Kass | 2,903KB | Audio |
| furiousstyles02@KaZaA | Ras Kass_OC - Action Guaranteed (1).mp3 | Ras Kass | 5,076KB | Audio |
| furiousstyles02@KaZaA | ras kass - heineken freestyle.mp3 | Ras Kass | 1,330KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Miami Life.mp3 | Ras Kass | 3,850KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - On Earth As It Is.mp3 | Ras Kass | 4,507KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Oral Sex.mp3 | Ras Kass | 5,079KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Rasassination.mp3 | Ras Kass | 4,306KB | Audio |
| furiousstyles02@KaZaA | ras kass ft dj premier - golden child.mp3 | Ras Kass | 3,410KB | Audio |
| furiousstyles02@KaZaA | Ras Krass_ Phil Da Agony, Jah Skillz_Xzibit - Wild Pitch.mp3 | Ras Kass | 6,031KB | Audio |
| furiousstyles02@KaZaA | Ras Kass_ Ghetto Fabulous.mp3 | Ras Kass | 4,275KB | Audio |
| furiousstyles02@KaZaA | Ras Kas - Soul On Ice (Remix).mp3 | Ras Kass | 4,012KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - The End(feat. Rza).mp3 | Ras Kass | 3,964KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Conceited Bastard (1).mp3 | Ras Kass | 1,720KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Ice Age feat.mp3 | Ras Kass | 4,354KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - Proof.mp3 | Ras Kass | 4,058KB | Audio |
| furiousstyles02@KaZaA | Ras Kass - The End(feat. Rza).mp3 | Ras Kass | 4,000KB | Audio |
| furiousstyles02@KaZaA | rass kass ft kokane - Back It Up (1).mp3 | Ras Kass | 7,242KB | Audio |
| furiousstyles02@KaZaA | Rass Kass, Heltah Skeltah_Canibus - Uni-4-Orm.mp3 | Ras Kass | 5,556KB | Audio |
| furiousstyles02@KaZaA | Rass Kass- Killah Priest - What Part Of The Game is Dat.mp3 | Ras Kass | 3,016KB | Audio |
| furiousstyles02@KaZaA | Rass Kass- Nature of the threat.mp3 | Ras Kass | 1,723KB | Audio |
| furiousstyles02@KaZaA | Rass Kass01.mp3 | Ras Kass | 1,883KB | Audio |
| furiousstyles02@KaZaA | Rass Kass_08_Is_This_Love.mp3 | Marley Marl | 5,440KB | Audio |
| | raw - big daddy kane.mp3 | | | |

Found 944 files  2,395,172 users online, sharing 422,737,689 files (3,826,560 GB)  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@kaZaA | raw - big daddy kane.mp3 | Marley Marl | 5,440KB | Audio |
| furiousstyles02@kaZaA | royce da 59 - death day.mp3 | Royce Da 5'9 | 2,895KB | Audio |
| furiousstyles02@kaZaA | Ruff Ryders - Go Ahead - feat The Lox.mp3 | The Lox | 3,121KB | Audio |
| furiousstyles02@kaZaA | Rza rass kass - Rasassination (The End feat. RZA of the ... | Ras Kass | 3,006KB | Audio |
| furiousstyles02@kaZaA | sean paul - Trilogy Riddim.mp3 | Sean Paul | 5,083KB | Audio |
| furiousstyles02@kaZaA | shai - If I Ever Fall in Love (Acapella Version).mp3 | Shai | 2,945KB | Audio |
| furiousstyles02@kaZaA | shyne - bang.mp3 | Shyne | 5,030KB | Audio |
| furiousstyles02@kaZaA | Snoop Doggy Dog - New York (Dogg pound).mp3 | Tha Dogg Pound | 4,206KB | Audio |
| furiousstyles02@kaZaA | Snoop Doggy Dogg_The Dog Pound - Bomb Ass Pussy.m... | Snoop Dogg | 5,930KB | Audio |
| furiousstyles02@kaZaA | Souls Of Mischief- 93 Till Infinity.mp3 | Souls Of Mischief | 5,492KB | Audio |
| furiousstyles02@kaZaA | State Property - 94 Bars.mp3 | Young Chris | 1,352KB | Audio |
| furiousstyles02@kaZaA | Styles P_J Hood - Freestyle.mp3 | Styles P | 3,252KB | Audio |
| furiousstyles02@kaZaA | Substantial, Pack FM, Rise, Wordsworth, Wiseguy, A.L. an... | Punchline and Wordsworth | 10,004KB | Audio |
| furiousstyles02@kaZaA | Sway_King Tech f. Black Spooks, Crooked I, Planet Asia, ... | Black Spooks, Asia, Rass ... | 4,976KB | Audio |
| furiousstyles02@kaZaA | T.I. - Bone Crusher w- Killa Mike, T.I.P. - Never Scared.mp3 | Bone Crusher w/ Killa Mike... | 5,538KB | Audio |
| furiousstyles02@kaZaA | Talib Kweli, Punchline_Wordsworth - Day By Day.mp3 | Punchline and Wordsworth | 4,503KB | Audio |
| furiousstyles02@kaZaA | Talib Kweli_Tommy Tee, Punchline_Wordsworth, AL - D... | Talib Kweli_Wordsworth | 4,820KB | Audio |
| furiousstyles02@kaZaA | Tela feat. Eightball_MJG - Sho Nuff.mp3 | Tela | 2,522KB | Audio |
| furiousstyles02@kaZaA | terranova - The East Flatbush Project - Tried by 12.mp3 | Terranova | 3,196KB | Audio |
| furiousstyles02@kaZaA | Tha Dogg Pound - Lets Play House.mp3 | Tha Dogg Pound | 3,197KB | Audio |
| furiousstyles02@kaZaA | That Faggot Jigga -- The LOx (1).mp3 | That Faggot Jigga | 3,343KB | Audio |
| furiousstyles02@kaZaA | The Lox - 16 - All For The Love.mp3 | The Lox | 4,003KB | Audio |
| furiousstyles02@kaZaA | the lox - Bitches From Eastwick.mp3 | The Lox | 4,110KB | Audio |
| furiousstyles02@kaZaA | the lox - not to be fucked with.mp3 | BEST OF D BLOCK | 4,310KB | Audio |
| furiousstyles02@kaZaA | The Lox Feat. Lil Kim_DMX - Money, Power, Respect.mp3 | DMX | 5,304KB | Audio |
| furiousstyles02@kaZaA | The Roots, Common, Mos Def, Dice Raw - Hurricane.mp3 | The Roots, Common, Mos... | 2,458KB | Audio |
| furiousstyles02@kaZaA | The Ultimate RB Christmas-07-Al Green_ I'll Be Home For... | Al Green | 6,361KB | Audio |
| furiousstyles02@kaZaA | three_6_mafia-12-rainbow_colors_ft._lil_flip-whoa.mp3 | Three 6 Mafia | 5,469KB | Audio |
| furiousstyles02@kaZaA | three_6_mafia-13-like_a_pimp(rmx)-whoa.mp3 | Three 6 Mafia | | |

Found 944 files | 2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | three_6_mafia-13-like_a_pimp(rmx)-whoa.mp3 | Three 6 Mafia | 5,469KB | Audio |
| furiousstyles02@KaZaA | Timbaland and Magoo - Cop that Disc.mp3 | Timbaland Magoo | 3,359KB | Audio |
| furiousstyles02@KaZaA | Timbaland feat. Aaliyah, Missy Elliot_Magoo - Up Jumps T... | Stevie Wonder | 4,694KB | Audio |
| furiousstyles02@KaZaA | Tony Touch - 50 MCs - Safir, Rass Kass - 20 (1).mp3 | Ras Kass | 2,075KB | Audio |
| furiousstyles02@KaZaA | Track 02.MP3 | DRUNKEN MASTER | 1,764KB | Audio |
| furiousstyles02@KaZaA | Tupac_Cypress Hill_Biggie_Wu-Tang Clan - Freestyle... | Notorious B.I.G._2pac | 4,992KB | Audio |
| furiousstyles02@KaZaA | Tupac - Gotta Get Mine.mp3 | 2Pac Feat MC Breed | 4,003KB | Audio |
| furiousstyles02@KaZaA | Various Artists - Let's Stay Together - Al Green.mp3 | Al Green | 3,079KB | Audio |
| furiousstyles02@KaZaA | Wordsworth - That way.mp3 | Wordsworth | 4,341KB | Audio |
| furiousstyles02@KaZaA | Wordsworth-Things On My Mind.mp3 | Wordsworth | 2,774KB | Audio |
| furiousstyles02@KaZaA | Young Gunz - Cant Stop_Wont Stop remix.mp3 | Young Gunz Feat. Jay Z | 4,029KB | Audio |
| furiousstyles02@KaZaA | Young Rascals - I Love You More Today Than Yesterday.m... | Stevie Wonder | 2,782KB | Audio |
| furiousstyles02@KaZaA | z - hova song (complete version).mp3 | Jay-Z | 4,125KB | Audio |
| furiousstyles02@KaZaA | OutKast - ATLiens - 01 - You May Die (Intro).mp3 | OutKast | 1,313KB | Audio |
| furiousstyles02@KaZaA | Miles Davis - Kind of Blue - 02 - Freddie Freeloader.mp3 | Miles Davis | 8,934KB | Audio |
| furiousstyles02@KaZaA | streetsofnewyork.mp3 | Alicia Keys feat. Nas_Ra... | 2,523KB | Audio |
| furiousstyles02@KaZaA | Louis Logic - Idiot Gear.mp3 | Louis Logic | 5,374KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Jungle Fever.mp3 | Stevie Wonder | 4,623KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Knocks Me Off My Feet.mp3 | Stevie Wonder | 3,384KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Lately (1).mp3 | Stevie Wonder | 3,815KB | Audio |
| furiousstyles02@KaZaA | stevie wonder - lately.mp3 | Stevie Wonder | 4,366KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Love Light In Flight.mp3 | Stevie Wonder | 6,514KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Master Blaster (Jammin').mp3 | Stevie Wonder | 4,510KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - My Cherie Amor.mp3 | Stevie Wonder | 2,739KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - My Cherie Amour.mp3 | Stevie Wonder | 2,685KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Overjoyed.mp3 | Stevie Wonder | 3,456KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Part Time Lover.mp3 | Stevie Wonder | 3,496KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Ribbon In The Sky (1).mp3 | Stevie Wonder | 5,285KB | Audio |
| furiousstyles02@KaZaA | Stevie Wonder - Ribbon in the Sky.mp3 | Stevie Wonder | 3,482KB | Audio |

Found 944 files

2,395,172 users online, sharing 422,737,689 files (3,826,560 GB) | Not sharing any files



| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Stevie Wonder - Ribbon In the Sky.mp3 | Stevie Wonder | 3,482KB | Audio |
| stevie wonder - seasons of love.mp3 | Stevie Wonder | 1,811KB | Audio |
| Stevie Wonder - She's A Bad Mama Jama.mp3 | Stevie Wonder | 3,677KB | Audio |
| Stevie Wonder - She's a Bad Mamma Jamma.mp3 | Stevie Wonder | 3,653KB | Audio |
| Stevie Wonder - Signed, Sealed, Delivered I'm Yours.mp3 | Stevie Wonder | 2,506KB | Audio |
| Stevie Wonder - Sir Duke.mp3 | Stevie Wonder | 3,619KB | Audio |
| Stevie Wonder - Skeletons.mp3 | Stevie Wonder | 5,059KB | Audio |
| Stevie Wonder - That Girl.mp3 | Stevie Wonder | 4,906KB | Audio |
| Stevie Wonder - These Three Words.mp3 | Stevie Wonder | 4,608KB | Audio |
| Stevie Wonder - Uptight (Everything's Alright).mp3 | Stevie Wonder | 2,694KB | Audio |
| Stevie Wonder - We Can Work It Out.mp3 | Stevie Wonder | 3,128KB | Audio |
| Stevie Wonder - You And I (We Can Conquer The World)... | Stevie Wonder | 4,368KB | Audio |
| Stevie Wonder - You Are The Sunshine Of My Life.mp3 | Stevie Wonder | 2,704KB | Audio |
| stevie wonder - you can feel it all over.mp3 | Stevie Wonder | 3,168KB | Audio |
| Prince - Erotic City (UNEDITED!).mp3 | Prince | 6,978KB | Audio |
| Ramsey Lewis - Living For The City.mp3 | | 5,036KB | Audio |
| Rick James_Smokey Robinson - Ebony Eyes.mp3 | | 4,848KB | Audio |
| Rick James and Tina Marie - Fire And Desire.mp3 | Tina Marie | 5,159KB | Audio |
| Roberta Flack_Donny Hathaway - The Closer I Get To Yo... | Roberta Flack | 1,081KB | Audio |
| Roger_Zapp - Computer Love.mp3 | Roger Zapp | 3,332KB | Audio |
| Sam Cook - A Change Is Going To Come.mp3 | Sam Cooke | 3,062KB | Audio |
| Sam Cooke - Chain Gang.mp3 | Sam Cooke | 2,412KB | Audio |
| Sam Cooke - Working In A Coal Mine.mp3 | Sam Cooke | 2,048KB | Audio |
| Slow Jams - Always_Forever (1).mp3 | Earth Wind and Fire | 4,384KB | Audio |
| Stylistics - Betcha By Golly Wow.mp3 | Stylistics | 4,812KB | Audio |
| Teddy Pendegrass - Don't Leave Me This Way.mp3 | TEDDY PENDERGRASS | 3,557KB | Audio |
| teddy pendegrass - if you don't know me by now.mp3 | Teddy Pendergrass | 3,210KB | Audio |
| Teddy Pendegrass - Turn Off The Lights.mp3 | Teddy Pendergrass | 5,564KB | Audio |
| Teddy Pendegrass-Love TKO.MP3 | | 3,511KB | Audio |

