E-FILED
Thursday, 26 August, 2004 08:07:29 AM
Clerk, U.S. District Court, ILCD

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| furiousstyles02@KaZaA | Curtis Mayfield – Hard times.mp3 | Curtis Mayfield | 3,507KB | Audio |
| furiousstyles02@KaZaA | Bend It Like Beckham.mp3 | Bend It Like Beckham | 3,404KB | Audio |
| furiousstyles02@KaZaA | Curtis Mayfield – Move On Up.mp3 | Curtis Mayfield | 4,911KB | Audio |
| furiousstyles02@KaZaA | curtis mayfield - so in love.mp3 | Curtis Mayfield | 3,527KB | Audio |
| furiousstyles02@KaZaA | Earth Wind_Fire – Getaway.mp3 | Earth Wind And Fire | 3,922KB | Audio |
| furiousstyles02@KaZaA | Earth Wind And Fire - Can't Hide Love.mp3 | Earth Wind And Fire | 4,957KB | Audio |
| furiousstyles02@KaZaA | Earth Wind and Fire - Imagination.mp3 | Earth Wind And Fire | 3,617KB | Audio |
| furiousstyles02@KaZaA | Earth Wind and Fire - Lets Groove Tonight.mp3 | Earth Wind and Fire | 3,380KB | Audio |
| furiousstyles02@KaZaA | Earth Wind and Fire - September.mp3 | Earth Wind and Fire | 4,746KB | Audio |
| furiousstyles02@KaZaA | Earth Wind and Fire - Sing a Song.mp3 | Earth Wind And Fire | 4,109KB | Audio |
| furiousstyles02@KaZaA | Earth Wind and Fire - Would You Mind.MP3 | Earth Wind And Fire | 3,386KB | Audio |
| furiousstyles02@KaZaA | Earth, Wind and Fire - Do you remember.mp3 | Earth Wind and Fire | 4,392KB | Audio |
| furiousstyles02@KaZaA | Earth, Wind, and Fire - Fantasy.mp3 | Earth Wind And Fire | 3,232KB | Audio |
| furiousstyles02@KaZaA | Earth, Wind, and Fire - Reasons.mp3 | Earth Wind And Fire | 4,673KB | Audio |
| furiousstyles02@KaZaA | Earth, Wind, and Fire - Shining Star.mp3 | Earth Wind And Fire | 4,604KB | Audio |
| furiousstyles02@KaZaA | Earth-Wind-Fire_That's_The_Way_Of_The_World.mp3 | Earth Wind and Fire | 5,412KB | Audio |
| furiousstyles02@KaZaA | Gaye Marvin - I Heard It Through The Grapevine.mp3 | Marvin Gaye | 2,304KB | Audio |
| furiousstyles02@KaZaA | Harold Melvin _ If you dont know me by now.mp3 | Harold Melvin _ The Blue ... | 3,232KB | Audio |
| furiousstyles02@KaZaA | Heatwave – Always and Forever.mp3 | Heatwave | 5,846KB | Audio |
| furiousstyles02@KaZaA | Isley Brother - Tears.mp3 | Isley Brothers | 4,464KB | Audio |
| furiousstyles02@KaZaA | isley brothers - At Your Best You Are Love.mp3 | Isley Brothers | 5,048KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers – Between The Sheets (6).mp3 | Isley Brothers | 3,402KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers - Hello It's Me.mp3 | Isley Brothers | 5,186KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers – Let's Fall In Love.mp3 | Isley Brothers | 6,520KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers – Lover's Eve.mp3 | Isley Brothers | 3,296KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers – Shout (1).mp3 | Isley Brothers | 4,324KB | Audio |
| furiousstyles02@KaZaA | Isley Brothers – Take Me To The Next Phase (Part 1, 2).m... | Isley Brothers | 5,004KB | Audio |
| furiousstyles02@KaZaA | isley brothers - the heat is on.mp3 | Isley Brothers | 5,244KB | Audio |
| furiousstyles02@KaZaA | isley brothers - Voyage To Atlantis (LIVE).mp3 | Isley Brothers | 5,090KB | Audio |
| furiousstyles02@KaZaA | Marvin Gaye - If You Don't Know Me By Now.mp3 | Marvin Gaye | 3,210KB | Audio |



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| Filename | User | Artist | Size | Media Type |
|---|---|---|---|---|
| Isley Brothers - Love The One You're with.mp3 | furiousstyles02@kazaA | Isley Brothers | 3,520KB | Audio |
| Isley Brothers - Mission To Please You.mp3 | furiousstyles02@kazaA | Isley Brothers | 4,166KB | Audio |
| Isley Brothers - Summer Breeze.mp3 | furiousstyles02@kazaA | Isley Brothers | 5,886KB | Audio |
| Isley Brothers - This Old Heart Of Mine .mp3 | furiousstyles02@kazaA | Isley Brothers | 3,258KB | Audio |
| Isley Brothers feat. R.Kelly, Chanti Moore - Contagious .m.... | furiousstyles02@kazaA | Isley Brothers | 4,273KB | Audio |
| stevie wonder - knock me off my feet.mp3 | furiousstyles02@kazaA | stevie wonder | 3,392KB | Audio |
| Prince and Sheila e - Oh Sheila (Ultimix).mp3 | furiousstyles02@kazaA | Prince_Sheila E. | 8,630KB | Audio |
| Michael Jackson. - The Girl Is Mine.mp3 | furiousstyles02@kazaA | Micheal Jackson | 3,468KB | Audio |
| TALIB KWELI - JOY.MP3 | furiousstyles02@kazaA | Talib Kweli | 6,018KB | Audio |
| Lil Scrappy - Get On My Level(1).mp3 | furiousstyles02@kazaA | Lil Scrappy _Lil Jon | 4,316KB | Audio |
| Micheal Jackson - Beat II (1)(1).mp3 | furiousstyles02@kazaA | Michael Jackson | 2,011KB | Audio |
| Debarge-Rhythm of the night.mp3 | furiousstyles02@kazaA | Debarge | 3,154KB | Audio |
| new edition - cool it now.mp3 | furiousstyles02@kazaA | New Edition | 3,802KB | Audio |
| maze (feat. frankie beverly)-joy and pain.mp3 | furiousstyles02@kazaA | Maze (feat. Frankie Bever... | 4,412KB | Audio |
| Michael Jackson - 123 ABC.mp3 | furiousstyles02@kazaA | Jackson Five | 3,464KB | Audio |
| Sheila E - The Glamourous Life (1984 #07).mp3 | furiousstyles02@kazaA | Sheila E | 3,507KB | Audio |
| Switch - I Call Your Name.mp3 | furiousstyles02@kazaA | El Debarge | 6,933KB | Audio |
| 09-soul_supreme_presents-destroy_and_rebuild-swe (1)..... | furiousstyles02@kazaA | Soul Supreme Presents | 7,566KB | Audio |
| Three 6 Mafia - 13Like A Pimp(remix) ft. Pimp_C. and Projec... | furiousstyles02@kazaA | Three 6 Mafia | 3,648KB | Audio |
| Young Bloodz feat Lil' Jon = Damn!.mp3 | furiousstyles02@kazaA | Youngbloodz | 4,698KB | Audio |
| Juelz Santana - Dipset.mp3 | furiousstyles02@kazaA | Juelz Santana | 5,566KB | Audio |
| Common and Kanye on Chapelle.mp3 | furiousstyles02@kazaA | Common and Kanye West | 5,026KB | Audio |
| Ghostface Killah ft. Jadakiss - Run.mp3 | furiousstyles02@kazaA | Ghostface Killah | 3,012KB | Audio |
| Michael Jackson - Smooth Criminal.mp3 | furiousstyles02@kazaA | Michael Jackson | 2,025KB | Audio |
| liberation (featuring cee-lo).mp3 | furiousstyles02@kazaA | Outkast | 6,162KB | Audio |
| outkast - in due time.mp3 | furiousstyles02@kazaA | Outkast | 3,652KB | Audio |
| Outkast - SpottieOttieDopaliscious.mp3 | furiousstyles02@kazaA | Outkast | 5,004KB | Audio |
| Outkast - SpottieOttiedopaliscious.mp3 | furiousstyles02@kazaA | Outkast | 6,652KB | Audio |
| 19-1_hood-tarantula-gsm (1).mp3 | furiousstyles02@kazaA | D Block | 2,782KB | Audio |

Found 944 files    2,395,172 users online, sharing 422,737,689 files (3,826,560 GB)    Not sharing any files