COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Central District of Illinois

SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,

V.

SHAWN SORSBY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2174

TO:
SHAWN SORSBY
208 3rd Street
Champaign, IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky          Phone: (312) 222-9350
Darren J. Schmidt              Fax:   (312) 527-0484
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

8/25/04
DATE

s/V. Ball
(BY) DEPUTY CLERK