UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

**SONY MUSIC ENTERTAINMENT INC.**, a Delaware corporation; **ARISTA RECORDS, INC.**, a Delaware corporation; and **MOTOWN RECORD COMPANY, L.P.**, a California limited partnership,

Case No. 04-2174

Plaintiffs,

v.

**SHAWN SORSBY,**

Defendant.

**FILED**

AUG 2 5 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

_____
Date

_____
Signature

C. Steven Tomashefsky / 6191855
Print Name / Bar Number

Jenner & Block LLP, One IBM Plaza
Address

Chicago / IL / 60677
City / State / Zip Code

(312) 222-9350 / (312) 527-0484
Phone Number / Fax Number