**E-FILED**

Thursday, 26 August, 2004  08:26:41 AM

Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

### APPEARANCE

**SONY MUSIC ENTERTAINMENT INC., a
Delaware corporation; ARISTA RECORDS,
INC., a Delaware corporation; and
MOTOWN RECORD COMPANY, L.P., a
California limited partnership,**

Case No.   04-2174

        Plaintiffs,

v.

**SHAWN SORSBY,**

        Defendant.

To the Clerk of the court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs.

    I certify that I am admitted to practice in this court.

**FILED**

AUG 2 5 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

8/25/04
Date

_____
Signature

| | |
|---|---|
| Darren J. Schmidt | 6278393 |
| Print Name | Bar Number |

Jenner & Block LLP, One IBM Plaza
Address

| | | |
|---|---|---|
| Chicago | IL | 60677 |
| City | State | Zip Code |

| | |
|---|---|
| (312) 222-9350 | (312) 527-0484 |
| Phone Number | Fax Number |