IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 04-2174<br><br>FILED<br>AUG 2 5 2004<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for SONY MUSIC ENTERTAINMENT INC.; ARISTA RECORDS, INC.; and MOTOWN RECORD COMPANY, L.P., PLAINTIFFS, furnishes the following in compliance with Rule 11.3 of this court.

1.  SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,

2.  Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

1

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

3. JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312)222-9350
Fax: (312) 527-0484

DATED: 8/27/04

Attorney Signature