AO 121 (6/90)

**TO:**
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 04-2174  DATE FILED 08/25/04 | UNITED STATES DISTRICT COURT Central District of Illinois  218 U.S. Courthouse  201 S. Vine Street  Urbana, IL 61802 |

| PLAINTIFF | DEFENDANT |
|---|---|
| SONY MUSIC ENTERTAINMENT INC.; ARISTA RECORDS, INC.; and MOTOWN RECORD COMPANY, L.P. | SHAWN SORSBY |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## SHAWN SORSBY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| Sony Music Entertainment Inc. | Nas | The Message | It Was Written | 220-016 |
| Arista Records, Inc. | Outkast | SpottieOttieDopaliscious | Aquemini | 264-092 |
| Sony Music Entertainment Inc. | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Sony Music Entertainment Inc. | Michael Jackson | The Girl Is Mine (With Paul McCartney) | Thriller | 41-965 |
| Sony Music Entertainment Inc. | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records, Inc. | Usher | Bedtime | My Way | 257-730 |