**E-FILED**
Thursday, 16 December, 2004 03:08:52 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SONY MUSIC ENTERTAINMENT, INC.,** et al., )<br>                    **Plaintiffs,** )<br>       v. )<br>                                              )       Case No. 04-2174<br>**SHAWN SORSBY,** )<br>                    **Defendant.** ) | |

## ORDER

The Complaint in this case was filed August 25, 2004. The record reflects that Plaintiffs have never served Defendant with summons, nor has Defendant ever entered his appearance in the case. The Court can see no further effort by Plaintiffs to pursue the matter. Consequently, Plaintiffs are ruled to show cause why this law suit should not be dismissed for want of prosecution.

**IT IS THEREFORE ORDERED** that Plaintiffs appear before United States Magistrate Judge David G. Bernthal, Courtroom C, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois, on *January 12, 2005, at 1:30 p.m.* to show good cause, if any they have, why this suit should not be dismissed for lack of prosecution. Failure to appear as ordered can result in this Court recommending summary dismissal of the Plaintiffs' Complaint with prejudice.

ENTER this 16th day of December, 2004.

                                        s/ DAVID G. BERNTHAL
                                        U.S. MAGISTRATE JUDGE