E-FILED
Thursday, 16 December, 2004  04:19:16 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Central District of Illinois

SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,

V.

SHAWN SORSBY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2174

TO:
SHAWN SORSBY
208 3rd Street
Champaign, IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky         Phone: (312) 222-9350
Darren J. Schmidt             Fax:   (312) 527-0484
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE  8/25/04

# AFFIDAVIT OF PROCESS SERVER

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT
_____ COUNTY,

Plaintiff: SONY MUSIC ENTERTAINMENT, INC., ET AL

vs.

Case Number 042174

Defendant: SHAWN SORSBY

## Substitute Service

I, DENNIS CARTER

First duly sworn on oath state that I am a citizen of the United States, over 18 years of age and not a party to this action.

I served    SHAWN SORSBY

with the:   SUMMONS AND COMPLAINT

By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 13 years or older explaining the general nature of the papers. Thereafter copies of the documents were mailed by prepaid, first-class mail.

Person served: JOSHUA MANZE         Relationship / Title: ROOMMATE

Approximate description:    Age: 23    Sex: MALE    Race: BLACK

Served at: Home    208 EAST WHITE STREET, APT. 3
                   CHAMPAIGN, IL   61820

DateServed: Monday, October 18, 2004         TimeServed: 6:30 PM

Subscribed and sworn to before me, a notary public, this 24th day of Oct, 2004

NOTARY PUBLIC

OFFICIAL SEAL
AMANDA LUKOW
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/19/06

Signature of Process Server         License #  117-001126

(2.5)    Out Of Area:    DDA 22408   10/21/04    Ky = Ch

# AFFIDAVIT OF SUBSTITUTE SERVICE MAILING

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT
_____ COUNTY,

Plaintiff: SONY MUSIC ENTERTAINMENT, INC., ET AL

vs.

Case Number 042174

Defendant: SHAWN SORSBY

I, Chris Morrical

First duly sworn on oath state that I am over 18 years of age and not a party to this suit and am a registered employee of Illinois Department of Professional Regulation Private Detective Agency # 117-001126, Diligent Detective Agency, Ltd.

That I mailed a copy of the     SUMMONS

to   SHAWN SORSBY

in a sealed envelope with postage fully paid by Wednesday, October 20, 2004

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he / she verily believes same to be true.

Signature of Investigator     Date 10-20-04

22406  10/2     Out Of Area