IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 2:04-CV-02174-MPM-DGB<br><br>The Hon. Michael P. McCuskey |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF DARREN J. SCHMIDT IN SUPPORT THEREOF**

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of Darren J. Schmidt ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on October 18, 2004, by substitute service, as evidenced by the proof of service on file with this Court.  Id. ¶ 2.  Plaintiffs have sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment.  Id. ¶ 4.  Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint.  Id. ¶

5. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 7-8.

| | |
|---|---|
| DATED: December 21, 2004 | SONY MUSIC ENTERTAINMENT INC.; ARISTA RECORDS, INC.; and MOTOWN RECORD COMPANY, L.P. |
| | By: _____s/__Darren_J._Schmidt_____<br>      One of their Attorneys |

C. Steven Tomashefsky- Lead Counsel
Darren J. Schmidt
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax:    (312) 527-0484

## DECLARATION OF DARREN J. SCHMIDT

I, Darren J. Schmidt, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Illinois and this United States District Court. I am an attorney in the law firm of Jenner & Block LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On August 25, 2004, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on October 18, 2004, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Plaintiffs sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment.

5. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

6. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

7. I am informed and believe that Defendant is not an infant or incompetent person.

8. A search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2004 at Chicago, Illinois.

                                                _____s/__Darren_J._Schmidt_____
                                                DARREN J. SCHMIDT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 2:04-CV-02174-MPM-DGB<br><br>The Hon. Michael P. McCuskey |

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Shawn Sorsby, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Shawn Sorsby has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Shawn Sorsby hereby is entered.

DATED: _____          By:_____
                                                        Deputy Clerk

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  Shawn Sorsby, 208 East White Street, Apt. 3, Champaign, IL  61820.

```
              s/  Darren  J.  Schmidt
              Darren J. Schmidt #06278393
              Attorney for Plaintiffs
              Jenner & Block LLP
              One IBM Plaza
              Chicago, IL  60611
              (312) 840-7477
              (312) 840-7577
```