# AFFIDAVIT OF PROCESS SERVER

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT
_____ COUNTY,

Plaintiff: **SONY MUSIC ENTERTAINMENT, INC., ET AL**

vs.

Case Number **042174**

Defendant: **SHAWN SORSBY**

## Substitute Service

I, **DENNIS CARTER**

*First duly sworn on oath state that I am a citizen of the United States, over 18 years of age and not a party to this action.*

I served **SHAWN SORSBY**

with the: **SUMMONS AND COMPLAINT**

By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 13 years or older explaining the general nature of the papers. Thereafter copies of the documents were mailed by prepaid, first-class mail.

Person served: **JOSHUA MANZE**    Relationship / Title: **ROOMMATE**

Approximate description:   Age: **23**   Sex: **MALE**   Race: **BLACK**

Served at: Home   **208 EAST WHITE STREET, APT. 3**
**CHAMPAIGN, IL 61820**

DateServed: **Monday, October 18, 2004**    TimeServed: **6:30 PM**

Subscribed and sworn to before me, a notary public, this 24 day of Oct, 2004

*[Signature]* NOTARY PUBLIC

OFFICIAL SEAL
AMANDA LUKOW
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/19/06

*[Signature]* 10/20/04   117-001126
Signature of Process Server   License #

(2.5)   Out Of Area:   DDA 22409   10/21/04   Ky = Ch

# AFFIDAVIT OF SUBSTITUTE SERVICE MAILING

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT
_____ COUNTY,

Plaintiff: SONY MUSIC ENTERTAINMENT, INC., ET AL

vs.

Case Number 042174

Defendant: SHAWN SORSBY

---

I, **Chris Morrical**

First duly sworn on oath state that I am over 18 years of age and not a party to this suit and am a registered employee of Illinois Department of Professional Regulation Private Detective Agency # 117-001126, Diligent Detective Agency, Ltd.

That I mailed a copy of the          **SUMMONS**

to   **SHAWN SORSBY**

in a sealed envelope with postage fully paid by Wednesday, October 20, 2004

---

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he / she verily believes same to be true.

_Signature of Investigator_      Date 10-20-04

22406   10/2              Out Of Area