UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware Corporation; ARISTA RECORDS INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California Limited Partnership, ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) SHAWN SORSBY, ) ) Defendant. ) | Case No. 04-2174 |

**ORDER**

On August 25, 2004, Plaintiffs filed a Complaint (#1) alleging copyright infringement. On December 21, 2004, Plaintiffs filed a Request for Entry of Default (#9). In its Request for Entry of Default, Plaintiffs indicate that Defendant was served with a summons and complaint on October 18, 2004. Defendant has failed to file a responsive pleading to the complaint. Because Defendant has failed to file a responsive pleading within the statutory time frame, Plaintiffs' Request for Entry of Default (#9) is GRANTED. Plaintiffs are allowed fourteen (14) days to file a motion for default judgment with supporting documentation to support any award of damages.

IT IS THEREFORE ORDERED:

(1) Plaintiffs' Request for Entry of Default (#9) is GRANTED.

(2) Plaintiffs are allowed fourteen (14) days to file a motion for default judgment with supporting documentation to support any award of damages.

ENTERED this 27th day of December, 2004, 2004

**s/ Michael P. McCuskey**

-1-

MICHAEL P. McCUSKEY<br>
CHIEF JUDGE