LAW OFFICES
# MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dfdt@msk.com

November 30, 2004

SHAWN SORSBY
208 East White Street, Apt. 3
Champaign, IL 61820

Re: **Sony Music Entertainment Inc. et al. v. Shawn Sorsby**
    **United States District Court for the Central District of Illinois**
    **Case No. 2:04-CV-02174-MPM-DGB**

Dear Shawn Sorsby:

This law firm is counsel to the record company Plaintiffs. You were served with the Summons and Complaint on October 18, 2004. As the Summons stated, the law required you to file and serve a response to the Complaint within 20 days after you were served. Because you have failed to do so, Plaintiffs now have the right to ask the Court to enter your default and to enter judgment against you for all of the relief sought in the Complaint, including monetary damages and an injunction. We urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so. Failure to respond to the Complaint can have serious consequences for you.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. *Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement.* If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP

LAW OFFICES
# MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dfdt@msk.com

December 8, 2004

SHAWN SORSBY
208 East White Street, Apt. 3
Champaign, IL 61820

Re:  **Sony Music Entertainment Inc. et al. v. Shawn Sorsby**
     **United States District Court for the Central District of Illinois**
     **Case No. 2:04-CV-02174-MPM-DGB**

Dear Shawn Sorsby:

    This law firm is counsel to the record company Plaintiffs. We wrote to you on November 30, 2004, to notify you that you had failed to file and serve a response to the Complaint within the time required by law, and to urge you to do so immediately. You still have not done so. If you do not file and serve a response to the Complaint within one week from the date of this letter, Plaintiffs will ask the Court to enter your default and to enter judgment against you, including monetary damages and an injunction. Once again, we urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so.

    If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement. If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP