UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | Case No.: 2:04-CV-02174-MPM-DGB |
| Plaintiffs, | The Hon. Michael P. McCuskey |
| vs. | |
| SHAWN SORSBY, | |
| Defendant. | |

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred and Fifty Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of One Hundred and Seventy Five Dollars ($175.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Fire and Desire," on album "Street Songs," by artist "Rick James" (SR# 25-800);

"The Message," on album "It Was Written," by artist "Nas" (SR# 220-016);

"SpottieOttieDopaliscious," on album "Aquemini," by artist "Outkast" (SR# 264-092);

"Rock With You," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);

"The Girl Is Mine (With Paul McCartney)," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);

"Sexual Healing," on album "Midnight Love," by artist "Marvin Gaye" (SR# 41-568);

"Bedtime," on album "My Way," by artist "Usher" (SR# 257-730);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____ By: _____
                                                                                     Hon. Michael P. McCuskey
                                                                                     United States District Judge