E-FILED
Monday, 10 January, 2005  03:05:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 2:04-CV-02174-MPM-DGB<br><br>The Hon. Michael P. McCuskey |

**NOTICE OF ENTRY OF DEFAULT**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on December 27, 2004, the Court entered the default of Defendant. A copy of the Order is attached hereto as Exhibit A, and incorporated herein by this reference.

DATED: January 10, 2005

SONY MUSIC ENTERTAINMENT INC.;
ARISTA RECORDS, INC.; and MOTOWN
RECORD COMPANY, L.P.

By:   s/ Darren J. Schmidt
       One of their Attorneys

C. Steven Tomashefsky- Lead Counsel
Darren J. Schmidt
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax:    (312) 527-0484

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:  Shawn Sorsby, 208 East White Street, Apt. 3, Champaign, IL  61820.

_____s/  Darren  J.  Schmidt_____
　　　　　　Darren J. Schmidt #06278393
　　　　　　Attorney for Plaintiffs
　　　　　　Jenner & Block LLP
　　　　　　One IBM Plaza
　　　　　　Chicago, IL  60611
　　　　　　(312) 840-7477
　　　　　　(312) 840-7577