**E-FILED**
Wednesday, 12 January, 2005 04:06:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., ) <br> a Delaware Corporation; ARISTA RECORDS ) <br> INC., a Delaware Corporation; and MOTOWN ) <br> RECORD COMPANY, L.P., a California ) <br> limited partnership, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHAWN SORSBY, ) <br> ) <br> Defendant. ) | Case No. 04-2174 |

## ORDER

Based upon Plaintiffs' Application for Default Judgment (#11), and good cause appearing therefore, it is hereby ORDERED:

1. Plaintiffs' Motion for Default Judgment (#11) is GRANTED.

2. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A of the Complaint, in the total sum of Five Thousand Two Hundred and Fifty Dollars ($5,250.00).

3. Defendant shall pay Plaintiffs' costs of suit herein in the amount of One Hundred Seventy Five Dollars ($175.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

   a. "Fire and Desire" from the album "Street Songs" by artist Rick James (SR #25-800);

   b. "The Message," from the album "It Was Written" by artist Nas (SR#220-016);

   c. "SpottieOttieDopaliscious," from the album "Aquemini" by artist Outkast (SR#264-092)

   d. "Rock With You," from the album "Off the Wall" by artist Michael Jackson (SR#11-120)

   e. "The Girl is Mine (with Paul McCartney)," from the album "Thriller" by artist Michael Jackson (SR#41-965);

   f. "Sexual Healing," from the album "Midnight Love" by artist Marvin Gaye (SR#41-568)

   g. "Bedtime," from the album "My Way" by artist Usher (SR#257-730);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

5. This case is terminated.

ENTERED this 11th day of December, 2005.

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
CHIEF JUDGE