AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SONY MUSIC ENTERTAINMENT INC**
 a Delaware Corporation
**ARISTA RECORDS INC**
 a Delaware corporation
**MOTOWN RECORD COMPANY L P**
 a California limited partnership

      vs.                Case Number:  **04-2174**

**SHAWN SORSBY**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant shall pay damages to plaintiffs for infringement of plaintiffs' copyrights in the sound recordings listed in Exhibit A of the Complaint in the total sum of $5,250.00. Defendant shall pay plaintiffs' costs of suit herein in the amount of $175.00. Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law and in any other sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs), including without limitation by using the Internet or any online media distribution system to reproduce any of plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.

                      ENTER this 11th day of January, 2005

                      s/John M. Waters

AO 450 (Rev. 5/85) Judgment in a Civil Case

JOHN M. WATERS, CLERK

s/V. Ball
BY: DEPUTY CLERK