AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois<br>218 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| SONY MUSIC ENTERTAINMENT INC.; ARISTA RECORDS, INC.; and MOTOWN RECORD COMPANY, L.P. | SHAWN SORSBY |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☒ Judgment | ☒ Yes   ☐ No | 1/11/05 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| s/John M. Waters | s/V. Ball | 1/12/05 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## SHAWN SORSBY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| Sony Music Entertainment Inc. | Nas | The Message | It Was Written | 220-016 |
| Arista Records, Inc. | Outkast | SpottieOttieDopaliscious | Aquemini | 264-092 |
| Sony Music Entertainment Inc. | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Sony Music Entertainment Inc. | Michael Jackson | The Girl Is Mine (With Paul McCartney) | Thriller | 41-965 |
| Sony Music Entertainment Inc. | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records, Inc. | Usher | Bedtime | My Way | 257-730 |