E-FILED
Wednesday, 08 June, 2005  03:38:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISON

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 2:04-CV-02174-MPM-DGB<br><br>The Hon. Michael P. McCuskey |

## CONSENT MOTION TO VACATE DEFAULT JUDGMENT

Plaintiffs move for entry of an order vacating the Default Entry and Default Judgment that was entered herein against Defendant on December 27, 2004 and January 10, 2005 respectively, pursuant to Rule 60 of the Federal Rules of Civil Procedure and the Local Rules of this Court.

Defendant has supplied information enabling Plaintiffs to enter into a settlement agreement with a third party who was primarily responsible for Plaintiffs' damages. Defendant consents to this Motion to vacate.

DATED: June 8, 2005

SONY MUSIC ENTERTAINMENT INC.;
ARISTA RECORDS, INC.; and MOTOWN
RECORD COMPANY, L.P.

By:    s/ Darren J. Schmidt _____
   One of their Attorneys

C. Steven Tomashefsky- IL Bar #6191855
Darren J. Schmidt- IL Bar #6278393
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax:   (312) 527-0484
Email: dschmidt@jenner.com

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Shawn Sorsby, 208 East White Street, Apt. 3, Champaign, IL 61820.

       s/ Darren J. Schmidt
Darren J. Schmidt #06278393
Attorney for Plaintiffs
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 840-7477
(312) 840-7577