UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISON

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAWN SORSBY,<br><br>Defendant. | Case No.: 2:04-CV-02174-MPM-DGB<br><br>The Hon. Michael P. McCuskey |

### [Proposed] ORDER TO VACATE DEFAULT JUDGMENT

Based upon Plaintiffs' Consent Motion to Vacate the Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. The entry of Default against Defendant entered on December 27, 2004 is hereby VACATED.

2. The Default Judgment entered against Defendant on January 10, 2005 is herby VACATED.

DATED: _____

By:_____
    Hon. Michael P. McCuskey
    United States District Judge