E-FILED
Thursday, 09 June, 2005  04:07:29 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a Delaware Corporation; ARISTA RECORDS INC., a Delaware Corporation; and MOTOWN RECORD COMPANY, L.P., a California limited partnership, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| SHAWN SORSBY, | ) ) ) |
| Defendant. | ) |

Case No. 04-2174

_____

**ORDER**
_____

On December 27, 2004, this court entered default against Defendant Sorsby for failure to respond to Plaintiffs' complaint. On January 11, 2005, this court entered an Order (#13) granting default judgment in favor of Plaintiffs. On June 8, 2005, Plaintiffs filed a Consent Motion to Vacate Default Judgment (#17). In the motion, Plaintiffs indicate that "Defendant has supplied information enabling Plaintiffs to enter into a settlement agreement with a third party who was primarily responsible for Plaintiffs' damages." Therefore, pursuant to Rule 60(b), the judgment entered against Defendant in this matter is VACATED.

IT IS THEREFORE ORDERED:

(1) Plaintiffs' Consent Motion to Vacate Default Judgment (#17) is GRANTED.

(2) The judgment entered against Defendant is VACATED.

(3) This case is, therefore, reopened. However, it appears to the court that all issues in this matter have been resolved. Therefore, Plaintiffs are to file a notice of voluntary dismissal within 10 days of entry of this order.

ENTERED this 9th day of June, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE