E-FILED
Wednesday, 13 July, 2005  12:19:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC. et. al,<br>    Plaintiffs,<br><br>v.<br><br>SHAWN SORSBY,<br>    Defendant. | Case No. 04-C-2174<br>Honorable Michael P. McCuskey |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs hereby dismiss this case **without prejudice**.

As required under Fed.R.Civ.P. 41(a)(1)(i), this voluntary dismissal is noticed prior to the service of an answer to the complaint and a motion for summary judgment.

Dated: July 13, 2005

SONY MUSIC ENTERTAINMENT, INC. et al.

By: \_\_\_\_s/  Darren  J.  Schmidt_____
   One of their attorneys

C. Steven Tomashefsky - IL Bar#6191855
Darren J. Schmidt - IL Bar #6278393
Attorneys for Plaintiffs
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone:  (312) 222-9350
Fax:     (312) 527-0484
Email: dschmidt@jenner.com

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Shawn Sorsby, 208 East White Street, Apt. 3, Champaign, IL 61820.

                                                                                               s/ Darren J. Schmidt  
                                                                                               Darren J. Schmidt #06278393  
                                                                                               Attorney for Plaintiffs  
                                                                                               Jenner & Block LLP  
                                                                                               One IBM Plaza  
                                                                                               Chicago, IL 60611  
                                                                                               Telephone: (312) 840-7477  
                                                                                               Fax: (312) 840-7577  
                                                                                               E-mail: dschmidt@jenner.com